PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 06, 2017
SEAN F. McAVOY, CLERK

United States of America          )
                                  )
vs                                )
                                  )
Trevor Edward Fedele              )        Case No. 2:17CR00101-WFN-19

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Trevor Edward Fedele, have discussed with Levi Wullenwaber, Pretrial Services/Probation Officer, modification of my release as follows:

(1) Electronic Monitoring: The defendant shall participate in a program of electronically monitored home confinement. The defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office

OR

GPS Monitoring: The defendant shall participate in a program of GPS Confinement. The defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office

(2) Curfew: The defendant shall be restricted to his residence every day from 9 p.m. to 6 a.m.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/25/17        _____  9/25/17
Signature of Defendant     Date            Pretrial Services/Probation Officer   Date

Trevor Edward Fedele                       Levi Wullenwaber

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          10-5-17
Signature of Defense Counsel              Date

Steven Frampton

[x]  The above modification of conditions of release is ordered, to be effective on 10/6/2017.

[ ]  The above modification of conditions of release is not ordered.

_____          10/6/2017
Signature of Judicial Officer              Date