# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

December 5, 2017

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

REPLY TO    Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2017

SEAN F. McAVOY, CLERK

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

Honorable John T. Rodgers
United States Magistrate Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, Washington  99210

> **RE:** FEDELE, Trevor Edward
> **Docket No.:** 2:17CR00101-WFN-19
> **Request to Modify Condition of Pretrial Release Supervision**

Dear Judge Rodgers:

On June 15, 2017, Mr. Fedele appeared before Your Honor for the purpose of an initial appearance after being arrested on a criminal complaint related to U.S. District Court, Eastern District of Washington, case number 2:17CR00107-WFN-4.  The government filed a motion for detention, and Mr. Fedele requested a probable cause and bail hearing. Subsequently, Mr. Fedele was remanded to custody pending further order of the Court.

On June 19, 2017, Mr. Fedele appeared before the Court for the purpose of a bail hearing. The government agreed to Mr. Fedele's release under conditions of pretrial release supervision.  Subsequently, the Court released Mr. Fedele under conditions of pretrial release supervision that included global position satellite (GPS) monitoring.

Since his release from custody, the U.S. Probation Office in the District of Idaho has provided courtesy supervision of Mr. Fedele.

On July 14, 2017, Mr. Fedele appeared before Your Honor for the purpose of an initial appearance in the instant federal matter.  The Court ordered Mr. Fedele remain released under conditions previously imposed in case number 2:17CR00107-WFN-4.

On July 26, 2017, the indictment in case number 2:17CR00107-WFN-4 was dismissed. On October 6, 2017, the Honorable James P. Hutton, U.S. Magistrate Judge, modified Mr. Fedele's conditions of pretrial release supervision to allow discretion for the U.S.

Probation Office to monitor Mr. Fedele either through electronic monitoring or GPS monitoring.

Currently, Mr. Fedele is scheduled for a change of plea hearing before the Honorable Wm. Fremming Nielsen, Senior U.S. District Judge, on December 13, 2017.

The purpose of this letter is to request a modification of Mr. Fedele's conditions of pretrial release supervision.

Mr. Fedele has been under the supervision of the U.S. Probation Office in the District of Idaho. During that time, he has been monitored by either GPS or radio frequency electronic monitoring equipment. According to the supervising U.S. probation officer in the District of Idaho, Mr. Fedele has complied with the conditions of pretrial release supervision. Therefore, the undersigned officer believes GPS and/or electronic monitoring is no longer necessary to assure safety to the community or risk of nonappearance.

The undersigned officer contacted the assistant U.S. attorney and defense counsel regarding the removal of the conditions related to GPS and electronic monitoring. Neither party objects to the removal of the GPS and electronic monitoring conditions.

Should the Court have any further questions, please contact the undersigned officer.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

s/Erik Carlson                                    12/05/2017
Erik Carlson                                             Date
U.S. Probation Officer

Approved By:

s/Tommy Rosser            12/05/2017
Tommy Rosser                         Date
Supervisory U.S. Probation Officer

[ x ]    Court orders the removal of the GPS and electronic monitoring conditions
[   ]    Court denies the modification request
[   ]    Other

_____
Signature of Judicial Officer

    December 6, 2017
_____
Date